**UNITED STATES BANKRUPTCY**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MAXWEST ENVIRONMENTAL SYSTEMS, INC | ) | CASE NO.: 6:14-bk-07685-KSJ |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | | |
| | ) | |
| MAXWEST-SANFORD, LLC | ) | Case No. 6:14-bk-07686-KSJ |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**TRUSTEE'S VERIFIED MOTION FOR SUBSTANTIVE CONSOLIDATION**

COMES NOW the Trustee, Richard B. Webber II, and hereby files this Verified Motion for Substantive Consolidation of the above-referenced bankruptcy cases and in support thereof, states as follows:

1. The above-referenced Bankruptcy Cases were filed on July 3, 2014.

2. Richard B. Webber, II was appointed the Chapter 7 Bankruptcy Trustee in both cases.

3. Trustee believes that it is necessary to combine the assets and the liabilities of these related entities.

4. The Trustee believes that there is (1) a substantial identity between the identities to be consolidated; and (2) consolidation is necessary to avoid some harm and to realize some benefit.

5. Trustee believes that the allocation of pro rata distribution percentage would much better be served by the consolidation of all liabilities and all the assets currently under the Trustee's control.

6. The Trustee is currently in the process of gathering assets and prepare for auction of same. The allocation of settlement funds to each estate would be problematic and the distribution accounting would best be served for all assets and all liabilities to be combined so that the pro rata distribution is the same.

7. The Trustee believes that it is in the best interest of creditors in the two estates for substantive consolidation the two cases.

## LEGAL AUTHORITY

The Eleventh Circuit Court of Appeals has ruled on substantive consolidation and is controlling precedent in this Circuit. See Eastgroup Properties v. Southern Motel Assoc., Ltd., 935 f. 2d 245 (1991).

## VERIFICATION

I, Richard B. Webber, II, as Chapter 7 Trustee of the two (2) Bankruptcy Estates outlined above, declare under penalty of perjury under the laws of the United States of America that the facts and circumstances set forth above are true and correct.

_____
Richard B. Webber, II
Chapter 7 Trustee

WHEREFORE, Trustee prays that this Court will grant the Motion and substantively consolidate MaxWest Environmental Systems, Inc. and MaxWest-Sanford, LLC and for such other relief as is just and proper in the circumstances of the case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion for Substantive Consolidation has been furnished either by U.S. Mail, postage pre-paid and/or by electronic transmission to all creditors and parties of interest as listed on the attached matrix on August 15, 2014.

                                                */s/ Richard B. Webber, II*
                                                _____
                                                Richard Blackstone Webber, II, Esquire
                                                Florida Bar No.:  0608394
                                                ZIMMERMAN, KISER & SUTCLIFFE, P.A.
                                                315 E. Robinson St., Suite 600 (32801)
                                                P.O. Box 3000
                                                Orlando, FL  32802
                                                Telephone:  (407) 425-7010
                                                Facsimile:  (407) 425-2747
                                                Trustee
                                                rwebber@zkslawfirm.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-07685-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Aug 15 13:18:10 EDT 2014 | AFCO Credit Corporation<br>c/o Hickey Law Firm<br>1401 Brickell Avenue #410<br>Miami, FL 33131-3506 | Bradley J Anderson<br>POB 3000<br>Orlando, FL 32802-3000 |
| CPH Inc fka CPH Engineers Inc<br>500 West Fulton Street<br>Sanford, FL 32771-1220 | MaxWest Environmental Systems, Inc.<br>11485 International Parkway<br>Suite 1031<br>Lake Mary, FL 32746 | Steven M. Vanderwilt<br>9940 Hood Road<br>Jacksonville, Fl 32257-1134 |
| Wells Fargo Bank, N.A.<br>c/o Michael E. Demont, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-4494 | AFCO<br>PO Box 4795<br>Carol Stream, IL 60197-4795 | AFCO Credit Corporation<br>c/o John H. Hickey<br>1401 Brickell Avenue, Ste. 510<br>Miami, FL 33131-3501 |
| AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 | AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | Aeoulus Holdings, Ltd.<br>#6 McCall's Bay Close<br>Smiths Bermuda FL05 |
| Alcyone International<br>Investments Ltd<br>#6 McGall's Bay Close<br>Smiths Bermuda FL05 | Apogee Publications, Inc.<br>6528 Greenleaf Avenue<br>Suite 219<br>Whittier, CA 90601-4131 | Benjamin A.  Fries<br>432 Pickfair Terrace<br>Lake Mary, FL 32746-5806 |
| Bree Systems, Ltd.<br>201-705 Laval Crescent<br>Kamloops, BC V2C 5P2<br>Canada | CIT Finance LLC<br>Bankruptcy Processing Solutions Inc<br>PO Box 593007<br>San Antonio, TX 78259-0200 | CPH Engineers, Inc.<br>500 West Fulton Street<br>Sanford, FL 32771-1220 |
| CPH, Inc.<br>fka CPH Engineers Inc<br>500 West Fulton Street<br>Sanford FL 32771-1220 | Cairney Consulting LLC<br>1251 Catalina Blvd<br>Deltona, FL 32725-2272 | Capital Office Products<br>210 Fentress Blvd<br>Daytona Beach, FL 32114-1231 |
| Cili Durschlag<br>1502 August Drive<br>Suite 120<br>Houston, TX 77057-2454 | City of Winter Springs, FL<br>1126 East State Road 434<br>Winter Springs, FL 32708-2799 | Colonial Grand @ Lake Mary<br>225 Sunlight Lane<br>Lake Mary, FL 32746-4716 |
| ControLogix, LLC<br>114 W. 1st Street<br>Suite 236<br>Sanford, FL 32771-1273 | Crystal Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | Dave Gutacker<br>443 North Gate Stone<br>Houston, TX 77007-8341 |
| David A. Gierach<br>3159 Tala Loop<br>Longwood, FL 32779-3129 | David E.  Hill,<br>PLC Steinfeld Mansion<br>300 N. Main Avenue<br>Suite 102<br>Tucson, AZ 85701-8230 | David Moore<br>12370 Moore Rd<br>Dalhart, TX 79022-8017 |

| | | |
|---|---|---|
| Doug Miller<br>629 Erskine Drive<br>Pacific Palisades, CA 90272-4250 | Draco Energy Systems, Inc.<br>10283 MonteBella<br>Lake County, BC V4V 1K7<br>Canada | Emil C. Herkert<br>Ann P. Herkert<br>12 Druetzler Court<br>Whippany, NJ 07981-2011 |
| Erik Herbst<br>6518 Mercer Street<br>Houston, TX 77005-3736 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Georgia Adams Lewis<br>6751 Gadwall Lane<br>Orlando, FL 32810-6024 |
| Glenmere Enterprises, Ltd.<br>201-705 Laval Crescent<br>Kamloops, BC V2C 5P2<br>Canada | Hare & Co. FBO Invesco<br>Invesco Asset Mngmnt Ltd<br>Perpetual Park, Perpetual Pk<br>Henley-on-Thames Oxon RG91HH<br>UK | Herbert A. Marlowe Jr.<br>PO Box 998<br>Newberry, FL 32669-0998 |
| Hobbs & Towne, Inc.<br>PMB 269<br>PO Box 987<br>Valley Forge, PA 19482-0987 | Honey Rand<br>286 Crystal Grove Blvd<br>Lutz, FL 33548-6460 | Infineco LLC<br>400 Continental Blvd<br>Suite 600<br>El Segundo, CA 90245-5074 |
| Ingleton Enterprises, Ltd.<br>201-705 Laval Crescent<br>Kamloops, BC V2C 5P2<br>Canada | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Invesco Asset Mgmt Ltd<br>Attn: Charles Henderson<br>Perpetual Park Dr<br>Henley-on-Thames<br>OXON  RG91HH United Kingdom |
| J. Allison Defoor II<br>IRA Resources FBO<br>200 West College Ave<br>Tallahassee, FL 32301-7710 | J.D. Hill, Inc.<br>157 Brassington Drive<br>Debary, FL 32713-2129 | JP Whitney & Associates, LLC<br>17429 State Road 292<br>Kenton, OH 43326-9059 |
| Jeffrey Snyder<br>2870 27th Avenue NE<br>Naples, FL 34120-3484 | Jeffrey Snyder<br>310 10th Street SE<br>Naples, FL 34117-9301 | John T & Jean S Vogel<br>32745 Pennsylvania Ave<br>San Antonio, FL 33576-7026 |
| Joy A. Nemitz<br>20283 Island View Court<br>Sterling, VA 20165-5135 | Joyce K. Wells<br>3121 Buffalo Speedway, #4108<br>Houston, TX 77098-1849 | Kamran Khosravani<br>318 Genius Drive<br>Winter Park, FL 32789-5118 |
| Konica Minolta<br>21146 Network Place<br>Chicago, IL 60673-1211 | Konica Minolta<br>Premier Finance<br>21146 Network Place<br>Chicago, IL 60673-1211 | Konica Minolta<br>Premier Finance<br>Attn:  Bankruptcy Management<br>10201 Centurion Pkwy N #100<br>Jacksonville, FL 32256-4114 |
| Kroll Associates, Inc.<br>11440 Commerce Park Drive<br>Suite 501<br>Reston, VA 20191-1552 | Law Office of David E Hill PLC<br>300 N Main Avenue Ste 102<br>Tucson Arizona 85701-8230 | Leaf Maxwest Company<br>900 Seventh Street, NW Suite 735<br>Washington, DC 20001-3804 |

| | | |
|---|---|---|
| Mary Katherine Defoor<br>IRA Resources FBO<br>200 West College Ave<br>Tallahassee, FL 32301-7710 | MaxWest-Sanford LLC<br>3540 Cameron Avenue<br>Sanford FL 32773-8405 | Maxis360<br>15555 Howell Branch Road<br>Suite C-220<br>Winter Park, FL 32789 |
| McGladrey LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674-0051 | McGuire Woods LLP<br>1750 Tysons Blvd<br>Suite 1800<br>Tysons Corner, VA 22102-4215 | McGuireWoods LLP<br>901 East Cary Street One James Center<br>Richmond VA  23219 |
| McMaster-Carr Supply Company<br>6100 Fulton Industrial Blvd<br>Atlanta GA 30336-2852 | Northeast Integration, LLC<br>3 Greenleaf Woods Drive<br>Unit 301<br>Portsmouth, NH 03801-5440 | Paul Cairney<br>1251 Catalina Blvd<br>Deltona, FL 32725-2272 |
| Peter G. Robinson<br>PO Box 2062<br>Vero Beach, FL 32961-2062 | Philip Weathers<br>2064 South Sherman Street<br>Denver, CO 80210-4016 | Premier Water, LLC<br>PO Box 11006<br>Charlotte, NC 28220-1006 |
| Richard K. Westfahl<br>1502 August Drive, Suite 120<br>Houston, TX 77057-2454 | Richard Moon<br>170 Lilac Lane<br>Brea, CA 92823-7029 | Rockwell Automation, Inc.<br>5820 West Cypress Street<br>Suite E<br>Tampa, FL 33607-1785 |
| Ross M. Patten<br>35 Casa Bella Circle #2<br>Palm Coast, FL 32137-1235 | Seminole County Tax Collector<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | Steve Winchester<br>400 Continental Blvd.<br>6th Floor<br>El Segundo, CA 90245-5074 |
| Steven D Winchester<br>Winchester Consulting Group LLC<br>400 Continental Blvd 6th Floor<br>El Segundo  CA 90245-5074 | Steven Mangold<br>& Paula J. King<br>4842 Aldrich Street<br>Minnetonka, MN 55419 | Terry Defoor<br>IRA Resources FBO<br>200 West College Ave<br>Tallahassee, FL 32301-7710 |
| Two Men and a Truck<br>310 Anchor Road<br>Casselberry FL 32707-3231 | University of Central FL<br>12424 Research Pkwy<br>Suite 300<br>Orlando, FL 32826-3271 | WC Lake Mary Office, LP<br>310 S. New York Avenue #200<br>Winter Park, FL 32789 |
| Water Environmental Fed.<br>601 Wythe Street<br>Alexandria, VA 22314-1994 | Wells Fargo Visa<br>NW 7091 PO Box 1450<br>Minneapolis, MN 55485-1450 | Westwood Fibre Ltd<br>Attn: Darrell Ford<br>201-705 Laval Crescent<br>Kamloops, BC V2C 5P2 |
| William A. Meiers<br>221 Springside Road<br>Longwood, FL 32779-4985 | Winchester Consulting Group<br>400 Continental Blvd<br>6th Floor<br>El Segundo, CA 90245-5074 | Michael E Demont +<br>Smith Hulsey & Busey<br>225 Water Street Suite 1800<br>Jacksonville, FL 32202-4494 |

| | | |
|---|---|---|
| John H Hickey +<br>Hickey Law Firm PA<br>1401 Brickell Avenue<br>Suite 510<br>Miami, FL 33131-3501 | Robert A. Soriano +<br>Greenberg Traurig, P.A.<br>625 East Twiggs Street<br>Suite 100<br>Tampa, FL 33602-3925 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Timothy R Buskirk +<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-4494 | Richard B Webber, Trustee +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann<br>Orlando | (d)Richard B Webber, Trustee +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 | End of Label Matrix<br>Mailable recipients    95<br>Bypassed recipients     2<br>Total                  97 |