UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Maxwest Environmental Systems, Inc. | ) | CASE NO. 6:14-bk-07685-KSJ |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | |

PROOF OF SERVICE

I hereby certify that a true and correct copy of the ORDER GRANTING TRUSTEE'S MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES NUNC PRO TUNC (Doc. # 42) was served by electronic notice, if registered in the Electronic Case Filing System, otherwise by first class postage prepaid U.S. Mail on September 18, 2014 to the following:

Maxwest Environmental Systems, Inc., 11485 INTERNATIONAL PARKWAY, SUITE 1031, LAKE MARY, FL 32746
Robert A. Soriano, GREENBERG TRAURIG, P.A., 625 EAST TWIGGS, STREET, SUITE 100, TAMPA, FL 33602
Colonial Grand @ Lake Mary, 225 Sunlight Lane, Lake Mary, FL 32749

Respectfully submitted,

 /s/Richard B. Webber II
Richard B. Webber II, Trustee
PO Box 3000
Orlando, FL 32802-3000
Phone: 407-425-7010
E-mail: rwebber@zkslawfirm.com