UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                         )
                                               )
Maxwest Environmental Systems, Inc.            )     Case # 6:14-bk-07685-KSJ
                                               )     Chapter 7
_____Debtor_____                           )

NOTICE OF WITHDRAWAL OF REPORT AND NOTICE OF TRUSTEE'S INTENTION TO ABANDON PROPERTY OF THE ESTATE (DOC. # 38)

COMES NOW Richard B. Webber II, the duly appointed and acting Trustee in the above-captioned case, and moves that the above-captioned Report and Notice of Trustee's Intention to Abandon Property of the Estate (Doc. No. 38) filed on September 2, 2014 be withdrawn for the following reason:

1.  Trustee has received an offer to purchase the personal property described as "all office equipment and furniture, except for computers and hard drives, located at 11485 International Parkway, Suite 1031, Lake Mary, FL 32746" and will be accepting the offer and filing a Notice of Intent to Sell.

WHEREFORE, Trustee prays that said Report and Notice of Trustee's Intention to Abandon Property of the Estate (Doc. No. 38) filed on September 2, 2014 be withdrawn.

Respectfully submitted this 19th day of September, 2014.

                /s/ Richard B Webber II
               Richard B Webber II, Esquire
               Zimmerman, Kiser & Sutcliffe
               PO Box 3000
               Orlando, FL 32802-3000
               Phone: (407)563-4328
               Facsimile: (407)425-2747
               E-mail: rschohl@zkslawfirm.com

      I HEREBY CERTIFY that a true and correct copy of the foregoing **Notice of Withdrawal** was furnished via Electronic Notice or First-Class United States Mail, postage prepaid, this 19th day of September, 2014 to all persons on the current mailing matrix attached to the original of this document.

      /s/ Richard B Webber II
Richard B Webber II, Esquire
Zimmerman, Kiser & Sutcliffe
PO Box 3000
Orlando, FL 32802-3000
Phone: (407)563-4328
Facsimile: (407)425-2747
E-mail: rschohl@zkslawfirm.com

```
Label Matrix for local noticing        AFCO Credit Corporation              Bradley J Anderson
113A-6                                  c/o Hickey Law Firm                  POB 3000
Case 6:14-bk-07685-KSJ                  1401 Brickell Avenue #410            Orlando, FL 32802-3000
Middle District of Florida              Miami, FL 33131-3506
Orlando
Fri Sep 19 10:24:11 EDT 2014

CPH Inc fka CPH Engineers Inc           MaxWest Environmental Systems, Inc. Steven M. Vanderwilt
500 West Fulton Street                  11485 International Parkway          9940 Hood Road
Sanford, FL 32771-1220                  Suite 1031                           Jacksonville, Fl 32257-1134
                                        Lake Mary, FL 32746


Wells Fargo Bank, N.A.                  AFCO                                 AFCO Credit Corporation
c/o Michael E. Demont, Esq.             PO Box 4795                          c/o John H. Hickey
Smith Hulsey & Busey                    Carol Stream, IL 60197-4795          1401 Brickell Avenue, Ste. 510
225 Water Street, Suite 1800                                                 Miami, FL 33131-3501
Jacksonville, FL 32202-4494


AT&T                                    AT&T Mobility                        Aeoulus Holdings, Ltd.
PO Box 105262                           PO Box 6463                          #6 McCall's Bay Close
Atlanta, GA 30348-5262                  Carol Stream, IL 60197-6463          Smiths Bermuda FL05


Alcyone International                   Apogee Publications, Inc.            Benjamin A.  Fries
Investments Ltd                         6528 Greenleaf Avenue                432 Pickfair Terrace
#6 McGall's Bay Close                   Suite 219                            Lake Mary, FL 32746-5806
Smiths Bermuda FL05                     Whittier, CA 90601-4131


Bree Systems, Ltd.                      CIT Finance LLC                      CPH Engineers, Inc.
201-705 Laval Crescent                  Bankruptcy Processing Solutions Inc  500 West Fulton Street
Kamloops, BC V2C 5P2                    PO Box 593007                        Sanford, FL 32771-1220
Canada                                  San Antonio, TX 78259-0200


CPH, Inc.                               Cairney Consulting LLC               Capital Office Products
fka CPH Engineers Inc                   1251 Catalina Blvd                   210 Fentress Blvd
500 West Fulton Street                  Deltona, FL 32725-2272               Daytona Beach, FL 32114-1231
Sanford FL 32771-1220


Cili Durschlag                          City of Winter Springs, FL           Colonial Grand @ Lake Mary
1502 August Drive                       1126 East State Road 434             225 Sunlight Lane
Suite 120                               Winter Springs, FL 32708-2799        Lake Mary, FL 32746-4716
Houston, TX 77057-2454


ControLogix, LLC                        Crystal Springs                      Dave Gutacker
114 W. 1st Street                       PO Box 660579                        443 North Gate Stone
Suite 236                               Dallas, TX 75266-0579                Houston, TX 77007-8341
Sanford, FL 32771-1273


David A. Gierach                        David E. Hill,                       David Moore
3159 Tala Loop                          PLC Steinfeld Mansion                12370 Moore Rd
Longwood, FL 32779-3129                 300 N. Main Avenue                   Dalhart, TX 79022-8017
                                        Suite 102
                                        Tucson, AZ 85701-8230
```

| | | |
|---|---|---|
| Doug Miller<br>629 Erskine Drive<br>Pacific Palisades, CA 90272-4250 | Draco Energy Systems, Inc.<br>10283 MonteBella<br>Lake County, BC V4V 1K7<br>Canada | Emil C. Herkert<br>Ann P. Herkert<br>12 Druetzler Court<br>Whippany, NJ 07981-2011 |
| Erik Herbst<br>6518 Mercer Street<br>Houston, TX 77005-3736 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Georgia Adams Lewis<br>6751 Gadwall Lane<br>Orlando, FL 32810-6024 |
| Glenmere Enterprises, Ltd.<br>201-705 Laval Crescent<br>Kamloops, BC V2C 5P2<br>Canada | Hare & Co. FBO Invesco<br>Invesco Asset Mngmnt Ltd<br>Perpetual Park, Perpetual Pk<br>Henley-on-Thames Oxon RG91HH<br>UK | Herbert A. Marlowe Jr.<br>PO Box 998<br>Newberry, FL 32669-0998 |
| Hobbs & Towne, Inc.<br>PMB 269<br>PO Box 987<br>Valley Forge, PA 19482-0987 | Honey Rand<br>286 Crystal Grove Blvd<br>Lutz, FL 33548-6460 | Infineco LLC<br>400 Continental Blvd<br>Suite 600<br>El Segundo, CA 90245-5074 |
| Ingleton Enterprises, Ltd.<br>201-705 Laval Crescent<br>Kamloops, BC V2C 5P2<br>Canada | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Invesco Asset Mgmt Ltd<br>Attn: Charles Henderson<br>Perpetual Park Dr<br>Henley-on-Thames<br>OXON  RG91HH United Kingdom |
| J. Allison Defoor II<br>IRA Resources FBO<br>200 West College Ave<br>Tallahassee, FL 32301-7710 | J.D. Hill, Inc.<br>157 Brassington Drive<br>Debary, FL 32713-2129 | JP Whitney & Associates, LLC<br>17429 State Road 292<br>Kenton, OH 43326-9059 |
| Jeffrey Snyder<br>2870 27th Avenue NE<br>Naples, FL 34120-3484 | Jeffrey Snyder<br>310 10th Street SE<br>Naples, FL 34117-9301 | John T & Jean S Vogel<br>32745 Pennsylvania Ave<br>San Antonio, FL 33576-7026 |
| Joy A. Nemitz<br>20283 Island View Court<br>Sterling, VA 20165-5135 | Joyce K. Wells<br>3121 Buffalo Speedway, #4108<br>Houston, TX 77098-1849 | Kamran Khosravani<br>318 Genius Drive<br>Winter Park, FL 32789-5118 |
| Konica Minolta<br>21146 Network Place<br>Chicago, IL 60673-1211 | Konica Minolta<br>Premier Finance<br>21146 Network Place<br>Chicago, IL 60673-1211 | Konica Minolta<br>Premier Finance<br>Attn:  Bankruptcy Management<br>10201 Centurion Pkwy N #100<br>Jacksonville, FL 32256-4114 |
| Kroll Associates, Inc.<br>11440 Commerce Park Drive<br>Suite 501<br>Reston, VA 20191-1552 | Law Office of David E Hill PLC<br>300 N Main Avenue Ste 102<br>Tucson Arizona 85701-8230 | Leaf Maxwest Company<br>900 Seventh Street, NW Suite 735<br>Washington, DC 20001-3804 |

| | | |
|---|---|---|
| Mary Katherine Defoor<br>IRA Resources FBO<br>200 West College Ave<br>Tallahassee, FL 32301-7710 | MaxWest-Sanford LLC<br>3540 Cameron Avenue<br>Sanford FL 32773-8405 | Maxis360<br>15555 Howell Branch Road<br>Suite C-220<br>Winter Park, FL 32789 |
| McGladrey LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674-0051 | McGuire Woods LLP<br>1750 Tysons Blvd<br>Suite 1800<br>Tysons Corner, VA 22102-4215 | McGuireWoods LLP<br>901 East Cary Street One James Center<br>Richmond VA 23219 |
| McMaster-Carr Supply Company<br>6100 Fulton Industrial Blvd<br>Atlanta GA 30336-2852 | Northeast Integration, LLC<br>3 Greenleaf Woods Drive<br>Unit 301<br>Portsmouth, NH 03801-5440 | Paul Cairney<br>1251 Catalina Blvd<br>Deltona, FL 32725-2272 |
| Peter G. Robinson<br>PO Box 2062<br>Vero Beach, FL 32961-2062 | Philip Weathers<br>2064 South Sherman Street<br>Denver, CO 80210-4016 | Premier Water, LLC<br>PO Box 11006<br>Charlotte, NC 28220-1006 |
| Richard K. Westfahl<br>1502 August Drive, Suite 120<br>Houston, TX 77057-2454 | Richard Moon<br>170 Lilac Lane<br>Brea, CA 92823-7029 | Rockwell Automation, Inc.<br>5820 West Cypress Street<br>Suite E<br>Tampa, FL 33607-1785 |
| Ross M. Patten<br>35 Casa Bella Circle #2<br>Palm Coast, FL 32137-1235 | Seminole County Tax Collector<br>Attn: Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | Steve Winchester<br>400 Continental Blvd.<br>6th Floor<br>El Segundo, CA 90245-5074 |
| Steven D Winchester<br>Winchester Consulting Group LLC<br>400 Continental Blvd 6th Floor<br>El Segundo  CA 90245-5074 | Steven Mangold<br>& Paula J. King<br>4842 Aldrich Street<br>Minnetonka, MN 55419 | Terry Defoor<br>IRA Resources FBO<br>200 West College Ave<br>Tallahassee, FL 32301-7710 |
| Two Men and a Truck<br>310 Anchor Road<br>Casselberry FL 32707-3231 | University of Central FL<br>12424 Research Pkwy<br>Suite 300<br>Orlando, FL 32826-3271 | WC Lake Mary Office, LP<br>310 S. New York Avenue #200<br>Winter Park, FL 32789 |
| Water Environmental Fed.<br>601 Wythe Street<br>Alexandria, VA 22314-1994 | Wells Fargo Visa<br>NW 7091 PO Box 1450<br>Minneapolis, MN 55485-1450 | Westwood Fibre Ltd<br>Attn: Darrell Ford<br>201-705 Laval Crescent<br>Kamloops, BC V2C 5P2 |
| William A. Meiers<br>221 Springside Road<br>Longwood, FL 32779-4985 | Winchester Consulting Group<br>400 Continental Blvd<br>6th Floor<br>El Segundo, CA 90245-5074 | Michael E Demont +<br>Smith Hulsey & Busey<br>225 Water Street Suite 1800<br>Jacksonville, FL 32202-4494 |

```
John H Hickey +                    Robert A. Soriano +              United States Trustee - ORL7/13 +
Hickey Law Firm PA                 Greenberg Traurig, P.A.          Office of the United States Trustee
1401 Brickell Avenue               625 East Twiggs Street           George C Young Federal Building
Suite 510                          Suite 100                        400 West Washington Street, Suite 1100
Miami, FL 33131-3501               Tampa, FL 33602-3925             Orlando, FL 32801-2210


Timothy R Buskirk +                Richard B Webber, Trustee +      Note: Entries with a '+' at the end of the
Smith Hulsey & Busey               Post Office Box 3000             name have an email address on file in CMECF
225 Water Street, Suite 1800       Orlando, FL 32802-3000
Jacksonville, FL 32202-4494
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Karen S. Jennemann              (d)Richard B Webber, Trustee +   End of Label Matrix
Orlando                            Post Office Box 3000             Mailable recipients    95
                                   Orlando, FL 32802-3000           Bypassed recipients     2
                                                                    Total                  97
```