UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                          )
                                                )
Maxwest Environmental Systems, Inc.             )     Case # 6:14-bk-07685-KSJ
                                                )     Chapter 7
                                                )
_____Debtor_____                              )

## TRUSTEE'S NOTICE OF INTENT TO SELL

TO: Creditors, Debtor and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363, reports that he intends to sell the following described property on or after the 21st day from the date of mailing this Report and Notice under the terms and conditions stated:

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper and docketing of same.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 400 W. Washington St, Ste. 5100, Orlando, Florida 32801,and serve a copy on, Richard B. Webber II, Trustee, PO Box 3000, Orlando, FL 32802-3000 and a copy to United States Trustee Office, 400 W. Washington St., Ste. 1100, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1. Description of Property: Estate assets as shown below, hereinafter referred to as the "Property"

| Description of Property | Fair Market Value | Value after liens, discounts and exemptions |
|---|---|---|
| All office equipment and furniture, except for computers and hard drives, located at 11485 International Parkway, Suite 1031, Lake Mary, FL 32746 | $1,000.00 | $1,000.00 |

2. Method of Sale: The Property will be sold to a private party on or after October 14, 2014.  The name and address of the private party, hereinafter referred to as the "Private Party" is:

   Dynamis Energy LLC, c/o Deborah M. Gutfeld, 131 S Dearborn St, Ste. 1700, Chicago, IL 60603

3. Property Information and Insurance: The sales price was determined by the description and condition as reported by the Debtor and allowing for costs of pickup, storage, and sale.

4. <u>Terms of the Sale</u>:  The selling price to the Private Party is $1,000.00 to be paid in one lump sum upon entry of an Order from this Court.  The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold "AS-IS", "WHERE-IS", "WITH ALL FAULTS and DEFECTS THEREIN", and subject to all liens and encumbrances.

5. <u>The Property is being sold subject to the following liens and encumbrances</u>:

    Lien holder name & address                Amount of Lien
    **NO KNOWN LIENS OR ENCUMBRANCES**

The Trustee has noted all liens of which he has knowledge.  However, the Trustee has not performed a judgment or lien search.  The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes.  Buyer is responsible for checking marketability of title prior to date of sale.

> **NOTICE:**  For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale.  The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature.  If a resale certificate is not presented when required, sales tax will be collected.  The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee.  If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency unless the vehicle is being sold to the debtor.

The Trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and / or a favorable disposition of any objections to the sale. The Trustee, until the expiration of the time with which parties may object to the proposed sale, will entertain any higher bids for the purchase of the Property being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. The proposed purchase price must be higher than the Fair Market Value. Any higher bid must be received by the Trustee at the address listed below no later than twenty one (21) days from the date of this notice. Inspection of the Property may be arranged by contacting the Trustee. Should a higher bid be received, the Trustee will conduct a telephonic auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated:  September 23, 2014

                 /s/ Richard B. Webber II, Trustee
                 Richard B. Webber II
                 PO Box 3000
                 Orlando, FL 32802-3000
                 Phone: 407-425-7010
                 E-mail: rwebber@zkslawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Intent to Sell has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to: Maxwest Environmental Systems, Inc., 11485 INTERNATIONAL PARKWAY, SUITE 1031, LAKE MARY, FL 32746; Dynamis Energy LLC, c/o Deborah M. Gutfeld, 131 S Dearborn St, Ste. 1700, Chicago, IL 6060 ; Robert A. Soriano, GREENBERG TRAURIG, P.A., 625 EAST TWIGGS STREET, SUITE 100, TAMPA, FL 33602;  United States Trustee, 400 W. Washington St., Ste. 1100, Orlando, Florida 32801; and all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and on this September 23, 2014.

                                                            /s/ Richard B. Webber II, Trustee
                                                             Richard B. Webber II, Trustee

```
Label Matrix for local noticing        AFCO Credit Corporation              Bradley J Anderson
113A-6                                  c/o Hickey Law Firm                  POB 3000
Case 6:14-bk-07685-KSJ                  1401 Brickell Avenue #410            Orlando, FL 32802-3000
Middle District of Florida              Miami, FL 33131-3506
Orlando
Tue Sep 23 08:31:03 EDT 2014

CPH Inc fka CPH Engineers Inc           MaxWest Environmental Systems, Inc.  Steven M. Vanderwilt
500 West Fulton Street                  11485 International Parkway          9940 Hood Road
Sanford, FL 32771-1220                  Suite 1031                           Jacksonville, Fl 32257-1134
                                        Lake Mary, FL 32746


Wells Fargo Bank, N.A.                  AFCO                                 AFCO Credit Corporation
c/o Michael E. Demont, Esq.             PO Box 4795                          c/o John H. Hickey
Smith Hulsey & Busey                    Carol Stream, IL 60197-4795          1401 Brickell Avenue, Ste. 510
225 Water Street, Suite 1800                                                 Miami, FL 33131-3501
Jacksonville, FL 32202-4494


AT&T                                    AT&T Mobility                        Aeoulus Holdings, Ltd.
PO Box 105262                           PO Box 6463                          #6 McCall's Bay Close
Atlanta, GA 30348-5262                  Carol Stream, IL 60197-6463          Smiths Bermuda FL05



Alcyone International                   Apogee Publications, Inc.            Benjamin A.  Fries
Investments Ltd                         6528 Greenleaf Avenue                432 Pickfair Terrace
#6 McGall's Bay Close                   Suite 219                            Lake Mary, FL 32746-5806
Smiths Bermuda FL05                     Whittier, CA 90601-4131


Bree Systems, Ltd.                      CIT Finance LLC                      CPH Engineers, Inc.
201-705 Laval Crescent                  Bankruptcy Processing Solutions Inc  500 West Fulton Street
Kamloops, BC V2C 5P2                    PO Box 593007                        Sanford, FL 32771-1220
Canada                                  San Antonio, TX 78259-0200


CPH, Inc.                               Cairney Consulting LLC               Capital Office Products
fka CPH Engineers Inc                   1251 Catalina Blvd                   210 Fentress Blvd
500 West Fulton Street                  Deltona, FL 32725-2272               Daytona Beach, FL 32114-1231
Sanford FL 32771-1220


Cili Durschlag                          City of Winter Springs, FL           Colonial Grand @ Lake Mary
1502 August Drive                       1126 East State Road 434             225 Sunlight Lane
Suite 120                               Winter Springs, FL 32708-2799        Lake Mary, FL 32746-4716
Houston, TX 77057-2454



ControLogix, LLC                        Crystal Springs                      Dave Gutacker
114 W. 1st Street                       PO Box 660579                        443 North Gate Stone
Suite 236                               Dallas, TX 75266-0579                Houston, TX 77007-8341
Sanford, FL 32771-1273



David A. Gierach                        David E.  Hill,                      David Moore
3159 Tala Loop                          PLC Steinfeld Mansion                12370 Moore Rd
Longwood, FL 32779-3129                 300 N. Main Avenue                   Dalhart, TX 79022-8017
                                        Suite 102
                                        Tucson, AZ 85701-8230
```

| | | |
|---|---|---|
| Doug Miller<br>629 Erskine Drive<br>Pacific Palisades, CA 90272-4250 | Draco Energy Systems, Inc.<br>10283 MonteBella<br>Lake County, BC V4V 1K7<br>Canada | Emil C. Herkert<br>Ann P. Herkert<br>12 Druetzler Court<br>Whippany, NJ 07981-2011 |
| Erik Herbst<br>6518 Mercer Street<br>Houston, TX 77005-3736 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Georgia Adams Lewis<br>6751 Gadwall Lane<br>Orlando, FL 32810-6024 |
| Glenmere Enterprises, Ltd.<br>201-705 Laval Crescent<br>Kamloops, BC V2C 5P2<br>Canada | Hare & Co. FBO Invesco<br>Invesco Asset Mngmnt Ltd<br>Perpetual Park, Perpetual Pk<br>Henley-on-Thames Oxon RG91HH<br>UK | Herbert A. Marlowe Jr.<br>PO Box 998<br>Newberry, FL 32669-0998 |
| Hobbs & Towne, Inc.<br>PMB 269<br>PO Box 987<br>Valley Forge, PA 19482-0987 | Honey Rand<br>286 Crystal Grove Blvd<br>Lutz, FL 33548-6460 | Infineco LLC<br>400 Continental Blvd<br>Suite 600<br>El Segundo, CA 90245-5074 |
| Ingleton Enterprises, Ltd.<br>201-705 Laval Crescent<br>Kamloops, BC V2C 5P2<br>Canada | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Invesco Asset Mgmt Ltd<br>Attn: Charles Henderson<br>Perpetual Park Dr<br>Henley-on-Thames<br>OXON  RG91HH United Kingdom |
| J. Allison Defoor II<br>IRA Resources FBO<br>200 West College Ave<br>Tallahassee, FL 32301-7710 | J.D. Hill, Inc.<br>157 Brassington Drive<br>Debary, FL 32713-2129 | JP Whitney & Associates, LLC<br>17429 State Road 292<br>Kenton, OH 43326-9059 |
| Jeffrey Snyder<br>2870 27th Avenue NE<br>Naples, FL 34120-3484 | Jeffrey Snyder<br>310 10th Street SE<br>Naples, FL 34117-9301 | John T & Jean S Vogel<br>32745 Pennsylvania Ave<br>San Antonio, FL 33576-7026 |
| Joy A. Nemitz<br>20283 Island View Court<br>Sterling, VA 20165-5135 | Joyce K. Wells<br>3121 Buffalo Speedway, #4108<br>Houston, TX 77098-1849 | Kamran Khosravani<br>318 Genius Drive<br>Winter Park, FL 32789-5118 |
| Konica Minolta<br>21146 Network Place<br>Chicago, IL 60673-1211 | Konica Minolta<br>Premier Finance<br>21146 Network Place<br>Chicago, IL 60673-1211 | Konica Minolta<br>Premier Finance<br>Attn:  Bankruptcy Management<br>10201 Centurion Pkwy N #100<br>Jacksonville, FL 32256-4114 |
| Kroll Associates, Inc.<br>11440 Commerce Park Drive<br>Suite 501<br>Reston, VA 20191-1552 | Law Office of David E Hill PLC<br>300 N Main Avenue Ste 102<br>Tucson Arizona 85701-8230 | Leaf Maxwest Company<br>900 Seventh Street, NW Suite 735<br>Washington, DC 20001-3804 |

| | | |
|---|---|---|
| Mary Katherine Defoor<br>IRA Resources FBO<br>200 West College Ave<br>Tallahassee, FL 32301-7710 | MaxWest-Sanford LLC<br>3540 Cameron Avenue<br>Sanford FL 32773-8405 | Maxis360<br>15555 Howell Branch Road<br>Suite C-220<br>Winter Park, FL 32789 |
| McGladrey LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674-0051 | McGuire Woods LLP<br>1750 Tysons Blvd<br>Suite 1800<br>Tysons Corner, VA 22102-4215 | McGuireWoods LLP<br>901 East Cary Street One James Center<br>Richmond VA  23219 |
| McMaster-Carr Supply Company<br>6100 Fulton Industrial Blvd<br>Atlanta GA 30336-2852 | Northeast Integration, LLC<br>3 Greenleaf Woods Drive<br>Unit 301<br>Portsmouth, NH 03801-5440 | Paul Cairney<br>1251 Catalina Blvd<br>Deltona, FL 32725-2272 |
| Peter G. Robinson<br>PO Box 2062<br>Vero Beach, FL 32961-2062 | Philip Weathers<br>2064 South Sherman Street<br>Denver, CO 80210-4016 | Premier Water, LLC<br>PO Box 11006<br>Charlotte, NC 28220-1006 |
| Richard K. Westfahl<br>1502 August Drive, Suite 120<br>Houston, TX 77057-2454 | Richard Moon<br>170 Lilac Lane<br>Brea, CA 92823-7029 | Rockwell Automation, Inc.<br>5820 West Cypress Street<br>Suite E<br>Tampa, FL 33607-1785 |
| Ross M. Patten<br>35 Casa Bella Circle #2<br>Palm Coast, FL 32137-1235 | Seminole County Tax Collector<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | Steve Winchester<br>400 Continental Blvd.<br>6th Floor<br>El Segundo, CA 90245-5074 |
| Steven D Winchester<br>Winchester Consulting Group LLC<br>400 Continental Blvd 6th Floor<br>El Segundo  CA 90245-5074 | Steven Mangold<br>& Paula J. King<br>4842 Aldrich Street<br>Minnetonka, MN 55419 | Terry Defoor<br>IRA Resources FBO<br>200 West College Ave<br>Tallahassee, FL 32301-7710 |
| Two Men and a Truck<br>310 Anchor Road<br>Casselberry FL 32707-3231 | University of Central FL<br>12424 Research Pkwy<br>Suite 300<br>Orlando, FL 32826-3271 | WC Lake Mary Office, LP<br>310 S. New York Avenue #200<br>Winter Park, FL 32789 |
| Water Environmental Fed.<br>601 Wythe Street<br>Alexandria, VA 22314-1994 | Wells Fargo Visa<br>NW 7091 PO Box 1450<br>Minneapolis, MN 55485-1450 | Westwood Fibre Ltd<br>Attn: Darrell Ford<br>201-705 Laval Crescent<br>Kamloops, BC V2C 5P2 |
| William A. Meiers<br>221 Springside Road<br>Longwood, FL 32779-4985 | Winchester Consulting Group<br>400 Continental Blvd<br>6th Floor<br>El Segundo, CA 90245-5074 | Michael E Demont +<br>Smith Hulsey & Busey<br>225 Water Street Suite 1800<br>Jacksonville, FL 32202-4494 |

John H Hickey +  
Hickey Law Firm PA  
1401 Brickell Avenue  
Suite 510  
Miami, FL 33131-3501  

Robert A. Soriano +  
Greenberg Traurig, P.A.  
625 East Twiggs Street  
Suite 100  
Tampa, FL 33602-3925  

United States Trustee - ORL7/13 +  
Office of the United States Trustee  
George C Young Federal Building  
400 West Washington Street, Suite 1100  
Orlando, FL 32801-2210  

Timothy R Buskirk +  
Smith Hulsey & Busey  
225 Water Street, Suite 1800  
Jacksonville, FL 32202-4494  

Richard B Webber, Trustee +  
Post Office Box 3000  
Orlando, FL 32802-3000  

Note: Entries with a '+' at the end of the name have an email address on file in CMECF  


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Karen S. Jennemann  
Orlando  

(d)Richard B Webber, Trustee +  
Post Office Box 3000  
Orlando, FL 32802-3000  

End of Label Matrix  
Mailable recipients    95  
Bypassed recipients     2  
Total                  97