[Dodefmao] [District Order Deficient Motion, Application or Objection]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 6:14–bk–07685–KSJ
                                                                Chapter 7

MaxWest Environmental Systems, Inc.

_____Debtor*_____/

### *ORDER ABATING MOTION TO SELL FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; ESTABLISH BID PROCEDURES; AND FOR OTHER RELIEF.*

THIS CASE came on for consideration, without hearing, of the Motion to Sell Free and Clear of Liens, Claims, Encumbrances and Interests; Establish Bid Procedures; and For Other Relief. by Chapter 7 Trustee , Doc. # 47 . After a review of the motion , the Court determines that the motion is deficient as follows:

☐ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐ The motion was filed without a certificate of service as required by Local Rule 7005–1.

☑ The prescribed filing fee of $176.00 , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002–4.

☐ The motion does not include a complete property address.

☐ The motion does not include the last four digits of the mortgage loan number.

Accordingly it is

***ORDERED:***

Consideration of the motion is abated until the deficiency is corrected.

Dated:  October 1, 2014

_____
Karen S. Jennemann
Chief United States Bankruptcy Judge

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.