United States Bankruptcy Court
Middle District of Florida

In re:                                                                           Case No. 14-07685-KSJ
MaxWest Environmental Systems, Inc.                                              Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6        User: hmary              Page 1 of 1           Date Rcvd: Oct 01, 2014
                            Form ID: Dodefmao        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2014.
db        MaxWest Environmental Systems, Inc.,    11485 International Parkway,   Suite 1031,
          Lake Mary, FL   32746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2014                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2014 at the address(es) listed below:
              John H Hickey    on behalf of Creditor   AFCO Credit Corporation
               federalcourtfilings@hickeylawfirm.com
              Michael E Demont    on behalf of Creditor    Wells Fargo Bank, N.A. mdemont@smithhulsey.com,
               aadams@smithhulsey.com;tcopeland@smithhulsey.com
              Richard B Webber, II    on behalf of Trustee Richard B Webber, Trustee rwebber@zkslawfirm.com,
               jblucher@zkslawfirm.com;jconcannon@zkslawfirm.com;service@zkslawfirm.com
              Richard B Webber, Trustee     rbwebber@ecf.epiqsystems.com,  rschohl@zkslawfirm.com
              Richard B Webber, Trustee    on behalf of Trustee Richard B Webber, Trustee
               rbwebber@ecf.epiqsystems.com,  rschohl@zkslawfirm.com
              Robert A. Soriano    on behalf of Debtor   MaxWest Environmental Systems, Inc. SorianoR@gtlaw.com,
               tpalitdock@gtlaw.com;rechtinh@gtlaw.com
              Timothy R Buskirk    on behalf of Creditor   Wells Fargo Bank, N.A. tbuskirk@smithhulsey.com,
               aadams@smithhulsey.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 8

[Dodefmao] [District Order Deficient Motion, Application or Objection]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 6:14−bk−07685−KSJ
                                                                                                Chapter 7
MaxWest Environmental Systems, Inc.

        Debtor*        /

### ORDER ABATING MOTION TO SELL FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; ESTABLISH BID PROCEDURES; AND FOR OTHER RELIEF.

THIS CASE came on for consideration, without hearing, of the Motion to Sell Free and Clear of Liens, Claims, Encumbrances and Interests; Establish Bid Procedures; and For Other Relief. by Chapter 7 Trustee , Doc. # 47 . After a review of the motion , the Court determines that the motion is deficient as follows:

☐ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐ The motion was filed without a certificate of service as required by Local Rule 7005−1.

☑ The prescribed filing fee of $176.00 , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002−4.

☐ The motion does not include a complete property address.

☐ The motion does not include the last four digits of the mortgage loan number.

Accordingly it is

**ORDERED:**

Consideration of the motion is abated until the deficiency is corrected.

Dated:  October 1, 2014

_____
Karen S. Jennemann
Chief United States Bankruptcy Judge

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.