UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                         )
                                               )
Maxwest Environmental Systems, Inc.            )    Case # 6:14-bk-07685-KSJ
                                               )    Chapter 7
          Debtor                               )

**ORDER GRANTING TRUSTEE'S MOTION TO REJECT EXECUTORY CONTRACT AND UNEXPIRED LEASE NUNC PRO TUNC (KONICA MINOLTA)**

Based upon the facts set forth in the Trustee's Motion to Reject Executory Contract and Unexpired Lease Nunc Pro Tunc to July 3, 2014 (Konica Minolta Copier Lease) (Doc # 37) filed September 2, 2014 in this case, the Court finds appropriate notice has been given and no objections have been filed. The Court, having reviewed the Motion and being duly advised in the premises finds it should be granted. Accordingly, it is ORDERED:

ORDERED:

1. The Trustee's Motion to Reject Executory Contract and Unexpired Lease of Konica Minolta (Copier Lease) Nunc Pro Tunc to July 3, 2014 is GRANTED.

DONE AND ORDERED on October 03, 2014

Karen S. Jennemann
Chief United States Bankruptcy Judge

"Trustee, Richard B. Webber II, is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of the Order."