**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

                                                          **CASE NO. 6:14-bk-07685-KSJ**
                                                          **Chapter 7**

**In Re:**

**MAXWEST ENVIRONMENTAL SYSTEMS, INC.,**

                                                                    **Debtor**

_____/

<u>**OBJECTION TO CHAPTER 7 TRUSTEE'S  NOTICE OF INTENT TO SELL**</u>

**COMES NOW,** RAY VALDES, Seminole County Tax Collector (hereinafter "Tax Collector") by and through his undersigned counsel and hereby files this Objection to the Chapter 7 Trustee's Notice of Intent to Sell  dated September 23, 2014 (Docket No. 45 and hereinafter referred to as the "Notice) and as grounds therefore, states the following:

1.      Paragraph 5 of The Notice states that there are no liens or encumbrance on the subject Property; that statement is incorrect. The Tax Collector timely filed and subsequently amended Claim No. 14 for 2014 prepetition ad valorem tangible personal property taxes on that Property in the final amount of $959.88, which taxes are payable commencing November 1 of this year. Amended Claim No. 14-2 represents the actual, final amount due and owing; accordingly, there is no issue as to the claim being unliquidated or uncertain.

2.      As a result, the Notice is inherently defective which serves to create a false impression that there are no secured claims against the Property that need to be paid after the purchase and sale is consummated and (2) may have resulted in an inaccurate proposed valuation and sale price considering that they are stated as being "net" of any

liens or encumbrances. In short, there is an inherent contradiction in the Notice.

3. The Tax Collector has no objection to a sale going forward that leaves the Property subject to all liens and encumbrances provided that the Notice, proposed pricing, valuation and sale terms accurately reflect and address the existence of the statutory, superior ad valorem tax lien on the Property.

**WHEREFORE,** the Tax Collector requests that any proposed sale not proceed until the underlying terms and conditions are corrected.

**Dated** this 9th day of October, 2014.

Respectfully submitted,

By: /s/ *Arnold W. Schneider, Esq.*
ARNOLD W. SCHNEIDER, ESQ.
Florida Bar No. 0183156
Assistant County Attorney
1101 East First Street
Sanford, Florida 32771
Telephone (407) 665-7254
Facsimile (407) 665-7259
E-mail: ASchneider@seminolecountyfl.gov

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED HEREBY CERTIFIES** that a true and correct copy of the foregoing has been furnished by electronic notification to Robert A. Soriano, Esquire of Greenberg Traurig, P.A., Debtor's' Counsel, Richard B. Webber, Chapter 7 Trustee, the United States Trustee  and all other creditors and parties in interest who have appeared in this case via the Court's CM/ECF system and by First Class U.S. Mail, postage prepaid, to the Debtor, MaxWest Environmental Systems, Inc. at 11485 International Parkway, Lake Mary, FL 32746, this 9th day of October, 2014.

By: _/s/ *Arnold W. Schneider, Esq.*
ARNOLD W. SCHNEIDER, ESQ.
Florida Bar No. 0183156
Assistant County Attorney
Seminole County Services Bldg.
1101 East First Street
Sanford, Florida 32771
Telephone (407) 665-7254
Facsimile (407) 665-7259
E-mail: ASchneider@seminolecountyfl.gov

P:\Users\aschneider\Bankruptcy\2014\MaxWest\Objection to Notice of Intent to Sell (Maxwest Environmental).docx