

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/09/2014 02:00 PM

COURTROOM   6A, 6th Floor

## HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:14-bk-07685-KSJ** | **7** | **07/03/2014** |

**Chapter 7**

**DEBTOR:**     MaxWest Environmental Systems, Inc.

**DEBTOR ATTY:  Robert Soriano**

**TRUSTEE:       Richard Webber, Trustee**

## HEARING:

(1) Trustee's Motion for Substantive Consolidation with Case No. 14-07686 Maxwest-Sanford, LLC   (Doc #32)
(2) Trustee's Application to Employ Kapila Mukamal, LLP as Financial Advisor   (Doc #34)
Pending Matters:
-Trustee's Notice of Intent to Sell Office Equipment and Furniture located at 11485 International Parkway to Dynamis Emergency, LLC filed 9/23/14 (Doc #45).    Response deadline: 10/14/14
-Trustee's Motion to Shorten Time Period on Motion to Approve Sale filed 9/30/14 (Doc #49)
-Trustee's Motion to Sell Free and Clear of Liens (Doc #47) filed 9/29/14
.

## APPEARANCES::

Richard Webber, Chapter 7 Trustee

## RULING:

(1) Trustee's Motion for Substantive Consolidation with Case No. 14-07686 Maxwest-Sanford, LLC    (Doc #32):   Granted. Consolidated for all purposes.   Order by Webber

(2) Trustee's Application to Employ Kapila Mukamal, LLP as Financial Advisor    (Doc #34):  Approved.  Order by Webber

(3)   Trustee's Motion to Shorten Time Period on Motion to Approve Sale   (Doc #49):   Withdrawn on the record

(4) Trustee's Motion to Sell Free and Clear of Liens   (Doc #47):   Set for hearing December 11, 2014 at 10:00 a.m.   Notice by Webber

(5) Trustee's Ore Tenus Motion to Set Sale Procedures granted.   Order by Webber

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.