

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/11/2014 10:00 AM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:14-bk-07685-KSJ | 7 | 07/03/2014 |

Chapter 7

**DEBTOR:**   MaxWest Environmental Systems, Inc.

**DEBTOR ATTY:**   Robert Soriano

**TRUSTEE:**   Richard Webber, Trustee

**HEARING:**

(1) Trustee's Motion to Sell Free and Clear of Liens (Doc #47) re: confirmation of sale
(2) Motion for Order Requiring Debtor to Timely Perform Post-Petition Lease Obligations filed by WC Lake Mary Office, LP (Doc #70)
Response by Trustee (Doc #75)
(3) Trustee's Motion forAuthority to Destroy Business Records (Doc #73)
Note:   Cont'd from 10/9/14
Consolidated with Maxwest-Sanford, LLC, Case No. 14-7686
Chapter 7 Trustee's Report of Auction (Doc #76)
.

**APPEARANCES:**:

Esther McKean (WC Lake Mary Office, LP)
Arnold Schneider (Seminole County Tax Collector)
Richard Webber, Chapter 7 Trustee

**RULING:**

(1) Trustee's Motion to Sell Free and Clear of Liens   (Doc #47) re: confirmation of sale:   Continued in open court to December 18, 2014 at 10:00 a.m.   No further notice will be given

(2) Motion for Order Requiring Debtor to Timely Perform Post-Petition Lease Obligations filed by WC Lake Mary Office, LP   (Doc #70):   Granted in that rent in the amount of $14,892.52 will be allowed as administrative expense.   Order   by McKean

(3) Trustee's Motion forAuthority to Destroy Business Records   (Doc #73):   Granted.   Order by Webber

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.

Case Number 6:14-bk-07685-KSJ                    Chapter 7