

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/18/2014 10:00 AM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:14-bk-07685-KSJ | 7 | 07/03/2014 |

Chapter 7

**DEBTOR:**        MaxWest Environmental Systems, Inc.

**DEBTOR ATTY:**   Robert Soriano

**TRUSTEE:**       Richard Webber, Trustee

**HEARING:**

Trustee's Motion to Sell Free and Clear of Liens (Doc #47) re: confirmation of sale
         Note:  Cont'd from 12/11/14
         Consolidated with Maxwest-Sanford, LLC, Case No. 14-7686
         Chapter 7 Trustee's Report of Auction (Doc #76)
         .

**APPEARANCES::**

Richard Webber, Trustee
Arnold Schneider (Seminole County Tax Collector)
Robert Goodrich (PHG - Bidder)

**RULING:**

Trustee's Motion to Sell Free and Clear of Liens   (Doc #47) re: confirmation of sale:   Granted as modified.   Sale approved to PHG Energy.   Order by Webber

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.